**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-00096-RM-KMT

JEFFREY M. CAMARDA, and
KIMBERLY K. CAMARDA,

      Plaintiffs,

v.

CERTIFIED FINANCIAL PLANNER
BOARD OF STANDARDS INC.,

      Defendant.

---

**ORDER OF TRANSFER**

---

      THIS MATTER coming before the Court on the Motion to Quash Subpoenas Duces Tecum filed in this matter by non-parties Lee Mickus, Esq. and John Connell (ECF No. 2) and the Court being fully advised in the premises, the Court finds and orders as follows:

      1.    This matter arises out of a civil action pending in the United States District Court, District of Columbia, captioned Jeffrey M. Camarda, *et al* v. Certified Financial Planner Board of Standards, Inc., Civil Action No. 1:2013-cv-00871-RJL.

      2.    This matter seeks to quash subpoenas for depositions in this district, which subpoenas were issued by the above-referenced court.

      3.    This matter is governed by Rule 45(f), Fed.R.Civ.P., which now authorizes the transfer of a subpoena-related motion by the court where compliance is sought to the issuing

court. Before any such transfer may occur, however, the person subject to the subpoena must consent to the transfer or this Court must find the existence of exceptional circumstances.

4. In this instance, the parties subject to the subpoenas have expressly consented to transfer of this matter to the issuing court.

THEREFORE, IT IS ORDERED:

THAT this matter is hereby transferred to the United States District Court for the District of Columbia in accordance with Rule 45(f), Fed.R.Civ.P.

DATED this 21st day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge